Wiley M. Teal, appellee, v. Elizabeth W. Teal, appellant. Gen. No. 7,934.

Bill for divorce. Decree for complainant. Appeal from the Circuit Court of De Witt County; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1925. Reversed. Opinion filed March 8, 1926.

L. O. Williams and F. K. Lemon, for appellant. Herrick & Herrick, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Clara L. Janssen, cross-complainant, appellee, v. H. Fred Janssen, cross-defendant, appellant. Gen. No. 7,932.

Action for separate maintenance. Decree for cross-complainant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926. Rehearing denied April 22, 1926.

W. St. J. Wines, for appellant. John G. Friedmeyer and C. C. Bierman, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Lottie Askins, appellant, v. Verna Williams et al., appellees. Gen. No. 7,944.

Partition. Error assigned upon refusal to apportion solicitor's fees of complainant against all interests in land. Appeal from the Circuit Court of Shelby county; the Hon. Franklin R. Dove, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926.

J. E. Dazey and Ward & Pugh, for appellant. George B. Rhoads and John J. Baker, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Anna Crabtree, appellant, v. Lee S. Crabtree, appellee. Gen. No. 7,949.

Bill for divorce. Dismissed for want of equity. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed March 8, 1926.

C. R. Iungerich and Asa S. Chapman, for appellant. Green & Palmer, for appellee; George E. Martin and Oris Barth, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.